IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ADAM LEWIS, individually and
allegedly on behalf of others similarly
situated,

    Plaintiff,                                  Case No. 0:25-cv-61602-MD

v.                                              Fort Lauderdale Division

BAREWEB, INC.,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED
PARTIES AND CORPORATE DISCLOSURE STATEMENT[1]**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Bareweb, LLC ("Defendant"), through its undersigned counsel, hereby makes the following disclosures:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Bareweb, LLC (erroneously named as Bareweb, Inc.) is a private non-governmental corporate party, that it is a wholly-owned subsidiary of Delta Galil USA Inc.

    b. Delta Galil USA Inc. is a wholly owned subsidiary of Delta Galil Industries Ltd., a publicly held corporation in Israel.

---

[1] Supplementing Doc. 3 in response to the Doc. 4 Clerk's Notice.

    c. Delta Galil Industries Ltd, is a publicly held corporation in Israel and is the parent company of Delta Galil USA Inc.

    d. Dennison & Matthews, PLLC – counsel for Defendant.

    e. William C. Matthews, Esq. – counsel for Defendant.

    f. Adam Lewis – individual Plaintiff, believed to be a resident of Florida.

    g. Social Justice Law Collective, PL – counsel for Plaintiff

    h. Joshua A. Glickman, Esq. – counsel for Plaintiff

    i. Shawn A. Heller, Esq. – counsel for Plaintiff.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  August 10, 2025          Respectfully submitted,

/s/ *William C. Matthews*
**William C. Matthews, Esq.**
Florida Bar No. 112079
william@dennisonmatthews.com
**Dennison & Matthews, PLLC**
7575 Dr. Phillips Blvd., Suite 170
Orlando, FL  32819
Tel: (407) 720-8074
Fax: (407) 720-8037
*Attorney for Defendant, Bareweb, LLC (erroneously named as Bareweb, Inc.)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2025, I electronically filed the foregoing by using the CM/ECF system, which will serve notice and a copy on all counsel of record.

/s/ *William C. Matthews*
Attorney