UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61602-CIV-DAMIAN

**ADAM LEWIS**,

    Plaintiff,

v.

**BAREWEB, INC.**,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 11 ("Stipulation")], filed September 25, 2025. The Stipulation specifies that the Parties stipulate to dismissal with prejudice of this action, with each party to bear their own attorneys' fees and costs. The Court notes that the Stipulation is signed by all Parties who have appeared.

THE COURT having reviewed the Stipulation and being fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE** in accordance with the Stipulation. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29th day of September, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**